**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Civil Docket No. 1:16-CV-00967-RDM |

**NOTICE WITHDRAWING MOTION FOR RECONSIDERATION**

Defendant respectfully notifies the Court that each of the individuals named in Plaintiff's FOIA request has, consistent with the Court's Preservation Order, ECF No. 24, copied to a hard drive or thumb drive all e-mails sent or received between December 23, 2013, and December 29, 2015, that are stored in any of their respective personal e-mail accounts that may contain responsive records, or, in the case of former-Chief of Staff Christian Marrone, does not have a "private email account[] that may contain responsive records," Preservation Order 3; *see also* ECF No. 21 (notifying the Court that Mr. Marrone searched his personal e-mail account and found neither agency nor federal records).

DHS therefore withdraws its motion for reconsideration. *See* ECF No. 25.

Dated: February 9, 2017     Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
U.S. Attorney for the District of Columbia

MARCIA BERMAN
Assistant Director, Federal Programs Branch

 /s/ Bailey W. Heaps
BAILEY W. HEAPS (CA Bar No. 295870)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-1280
Facsimile: (202) 616-8470
Bailey.W.Heaps@usdoj.gov

*Counsel for Defendant*